UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 12 AM 9: 54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| Plaintiff, ) | '08 MJ 2488 |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| Gerardo MEZA-Zazueta, ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **August 10, 2008** within the Southern District of California, defendant, **Gerardo MEZA-Zazueta,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **12th** DAY OF **AUGUST, 2008**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Gerardo MEZA-Zazueta

## PROBABLE CAUSE STATEMENT

On August 10, 2008, Border Patrol Agent J. Mitchell was assigned to Border Patrol Operations in the vicinity of Jamul, California. Agent Mitchell was patrolling the area commonly known as Deerhorn Valley. This area is very desolate and is located approximately three and one half miles west of the Tecate, California Port of Entry, and approximately six miles north of the International Border Boundary between Mexico and the United States.

At approximately 12:15 pm, Agent Mitchell responded to a citizen's call of two illegal aliens walking on Cochera Via Road in Barrett Junction, California. Upon arriving to the area he observed two individuals walking north towards the intersection of Cochera Via Road and State Route 94. This area is commonly used by illegal aliens attempting to further their illegal entry into the United States.

Agent Mitchell approached the two individuals and identified himself as a United States Border Patrol Agent in both the Spanish and English languages. Agent Mitchell asked each of the individuals of what country they were citizens or nationals of and whether or not they were in possession of any documents allowing them to legally enter or remain in the United States. The two individuals, including one later identified as defendant **Gerardo MEZA-Zazueta**, stated they were citizens of Mexico and were not in possession of any legal documents allowing them to be in the United States. At approximately 12:45pm, both individuals were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 13, 2005** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and stated that he understood his rights and that he was willing to speak without the presence of a lawyer. The defendant again freely admitted to being a citizen of Mexico previously ordered removed without permission to legally re-enter the United States.