1 | **BRIDGET KENNEDY**
California State Bar No. 253416
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone (619) 234-8467
4 | Facsimile (619) 687-2666
bridget_kennedy@fd.org
5 |
6 | Attorneys for Mr. Meza-Zazueta
7 |
8 | UNITED STATES DISTRICT COURT
9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )    Case No. 08mj2488
                                 )
12 |        Plaintiff,            )
                                 )
13 | v.                           )
                                 )    **NOTICE OF APPEARANCE**
14 | **GERARDO MEZA-ZAZUETA,**    )
                                 )
15 |        Defendant.            )
                                 )
16 |
17 |         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 | Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney,
19 | in the above-captioned case.
20 |                                                Respectfully submitted,
21 | Dated: August 15, 2008                         *s/ Bridget Kennedy*
                                                   Federal Defenders of San Diego, Inc.
22 |                                                *bridget_kennedy@fd.org*

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Meza-Zazueta
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )   Case No. 08mj2488
                                  )
12         Plaintiff,              )
                                  )
13 v.                              )   PROOF OF SERVICE
                                  )
14 **GERARDO MEZA-ZAZUETA,**       )
                                  )
15         Defendant.              )
   _____)
16
17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21
22
23 Dated: August 15, 2008              *s/ Bridget L. Kennedy*
                                       **BRIDGET L. KENNEDY**
24                                     Federal Defenders of San Diego, Inc.,
                                       225 Broadway, Suite 900
25                                     San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
26                                     (619) 687-2666  (fax)
                                       e-mail:bridget_kennedy@fd.org
27
28